# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUNE B. GREINER,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAMERON WALL et al.,<br><br>                    Defendant(s). | **JUDGMENT**<br><br>CASE NUMBER: C14-5579-RBL |

XX      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment [Dkt. #83] on Greiner's claims against the individual agents for violations of the Fourth Amendment and the federal knock and announce statute is **GRANTED**, and those claims are **DISMISSED with prejudice.**

The Motion for Summary Judgment [Dkt. #121] is **GRANTED** and the remaining claims are **DISMISSED with prejudice.** The Motion for Interlocutory Appeal [Dkt. #120] is **DENIED as moot**.

DATED this  20th  day of  October, 2016

                                                            s/William M. McCool
                                                            William M. McCool, Clerk


                                                            s/Jean Boring_____
                                                            Jean Boring, Deputy Clerk