

**FILED**

MAY 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUNE B. GREINER, a single woman, | No. 16-35926 |
| Plaintiff-Appellant, | D.C. No. 3:14-cv-05579-RBL<br>Western District of Washington,<br>Tacoma |
| v. | |
| CAMERON WALL, a Special Agent for Criminal Investigation, a dept of the IRS, in his individual capacity; et al., | ORDER |
| Defendants-Appellees. | |

Before: N.R. SMITH and CHRISTEN, Circuit Judges, and PAYNE,[*] District Judge.

The panel has unanimously voted to deny Defendants-Appellees' petition for panel rehearing. The petition for rehearing is DENIED.

---

[*] The Honorable Robert E. Payne, United States District Judge for the Eastern District of Virginia, sitting by designation.