UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE GREINER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | CASE NUMBER: C14-5579BHS |
| CAMERON WALL, et al., | |
| Defendants. | |

  X  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

Jury finds Defendant JAMES DANIELS did not violate June Greiner's Fourth Amendment rights.

THEREFORE, Judgment is entered for Defendants and against Plaintiff.

December 16, 2021    RAVI SUBRAMANIAN
    CLERK

    By Dara L. Kaleel, Deputy Clerk